WITHERS BERGMAN LLP
Gina A. Bibby (SBN 242657)
gina.bibby@withersworldwide.com
10250 Constellation Boulevard, Suite 1400
Los Angeles, California 90067
Telephone:      310.277.9930
Facsimile:      310.277.9935

HAUG PARTNERS LLP
Benjamin Natter, *Pro hac vice* being filed herewith
bnatter@haugpartners.com
Jonathan Alan Herstoff, *Pro hac vice* being filed herewith
jherstoff@haugpartners.com
Michael Barer, *Pro hac vice* being filed herewith
mbarer@haugpartners.com
745 Fifth Avenue, 10th Floor
New York, New York 10151
Telephone: 212.588.0800

Attorneys for Defendant Bevvy Limited

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Mixture Labs, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>     v.<br><br>Bevvy Limited, a United Kingdom private limited company,<br><br>        Defendant. | Case No. 5:25-cv-08260-VKD<br><br>(Hon. Virginia K. DeMarchi)<br><br>**[PROPOSED]  ORDER  GRANTING APPLICATION  FOR  ADMISSION  OF MICHAEL BARER, *PRO HAC VICE*** |

Michael Barer, whose business address and telephone number is Haug Partners LLP, 745 Fifth Avenue, 10th Floor, New York, NY 1015, Telephone (212) 588-0800, who is an active member in good standing of the bar of New York (Bar No. 5231428), having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Bevvy Limited.

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon any communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order 45, *Electronic Case Filing*.

DATED: May 21, 2026

Honorable Virginia K. DeMarchi
United States Magistrate Judge

1

Case No. 5:25-cv-08260-VKD

[PROPOSED] ORDER